J-S41019-23

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| BRIAN K. WRIGHT | : | |
| | : | |
| Appellant | : | No. 478 WDA 2023 |

Appeal from the Judgment of Sentence Entered March 23, 2023
In the Court of Common Pleas of Armstrong County Criminal Division at
No(s): CP-03-CR-0000200-2022

BEFORE: PANELLA, P.J., OLSON, J., and STEVENS, P.J.E.*

JUDGMENT ORDER BY OLSON, J.:          **FILED: September 10, 2025**

This case returns to us pursuant to an order filed by our Supreme Court on July 1, 2025. ***See Commonwealth v. Shifflett***, 45 WAL 2024 (Pa. 2025). In its order, the Supreme Court vacated our prior disposition in this matter entered on January 5, 2024, and remanded this case back to us for reconsideration in light of ***Commonwealth v. Shifflett***, 335 A.3d 1158 (Pa. 2025). In ***Shifflett***, the Supreme Court held "that [75 Pa.C.S.A. § 3806(a) was] facially unconstitutional to the extent it allow[ed] a previous acceptance of [Accelerated Rehabilitative Disposition (ARD)] to be used as the basis for an enhanced sentence under [75 Pa.C.S.A. § 3804.]" ***Shifflett***, 335 A.3d at 1179. Because acceptance of ARD may no longer permissibly be used as a basis to impose an enhanced sentence under Section 3804, we are

_____

* Former Justice specially assigned to the Superior Court.

constrained to vacate the judgment of sentence imposed by the trial court and to remand this matter for resentencing in accordance with the Supreme Court's recent opinion in **Shifflett**.

Judgment of sentence vacated. Case remanded for resentencing. Jurisdiction relinquished.

Judgment Entered.

Benjamin D. Kohler, Esq.
Prothonotary

DATE: 9/10/2025